IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02036-RPM

DEBISUE POLSLEY,

    Plaintiff,

v.

BEST BUY CO., INC., a Minnesota company,

    Defendant.

---

ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF

---

Pursuant to the Stipulation for Voluntary Dismissal of Plaintiff's Second and Third Causes of Action Under F.R.C.P. 41(a)(1), filed September 20, 2010 [10], it is

ORDERED that the plaintiff's second claim of Negligent Misrepresentation and third claim for Breach of Contract are dismissed with prejudice with each party to bear its own costs and attorney fees.

Dated:   September 20th , 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge