# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                           November 17, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No.  10-cv-02036-RPM

| | |
|---|---|
| DEBISUE POLSLEY, | Paul J. Maxon |
|     Plaintiff, | |
| v. | |
| BEST BUY CO., INC.,  a Minnesota company, | Elizabeth S. McKelvey |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10;59 a.m.**        **Court in session.**

**Stipulated Protective Order signed.**

Discussion regarding the proper named defendant Best Buy Stores L.P.
Counsel state they will confer and prepare a stipulation regarding the correct named defendant with respect to monetary liability in the event of a finding for the plaintiff.

Discussion regarding case facts and claims.

Court states its orders of reference to magistrate judge for settlement practice (joint motion).

**ORDERED:**    **Scheduling Order approved.**

**11:16 a.m.**        **Court in recess.**

Hearing concluded.  Total time: 17 min.