**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-cv-02036-RPM**

DEBISUE POLSLEY,

    Plaintiff

v.

BEST BUY STORES L.P., a Minnesota company;

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT CAPTION**

---

    THE COURT, having reviewed the Plaintiff's Motion to Amend Complaint Caption filed by Plaintiff, it is

    ORDERED that plaintiff's motion is granted and all subsequent filings in this action shall bear the above case caption:

    DATED this 27th of December 2010.

                                                BY THE COURT:

                                                **s/**Richard P. Matsch

                                                Richard P. Matsch, Senior District Judge