IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02036-RPM

DEBISUE POLSLEY,

    Plaintiff,

v.

BEST BUY STORES L.P., a Minnesota company,

    Defendant.

_____

## ORDER FOR DISMISSAL

_____

    Pursuant to the Stipulated Notice of Dismissal with prejudice [21] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys fees.

    Dated:   March 18th, 2011

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge